January 28, 1983.

455 A.2d 208

Commonwealth v. Andujar, Appellant.

Submitted November 16, 1982. John A. Goldstan, for appellant; George C. Yatron, District Attorney, for Commonwealth, appellee.

Before BROSKY, McEWEN and WATKINS, JJ.

The judgment of sentence of the learned Berks County Common Pleas Court Judge Arthur E. Saylor is affirmed.

455 A.2d 208

Commonwealth v. Cowgill, Appellant.
Petition for Allowance of Appeal
Denied May 18, 1983.

Submitted May 25, 1982. Linda Connell Dicicco, Assistant Public Defender, for appellant; Ronald Thomas Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WIEAND and BECK, JJ.

Judgment of sentence affirmed.